UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Curtis Zaun,                                                                    Civil No. 11-2024 (PAM/TNL)

        Plaintiff,

v.                                                                             **ORDER**

Al Vento Incorporated,

        Defendant.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Tony N. Leung dated January 17, 2013. The R&R recommended that this Court enter the parties' proposed Final Approval Order, with the exception of limiting the class representative award to $1,000.

The parties have waived objections to the R&R. The Court therefore **ADOPTS** the R&R (Docket No. 55).

Accordingly, for the foregoing reasons, **IT IS HEREBY ORDERED** that the Motion for Final Approval of Class Action Settlement (Docket No. 41) is **GRANTED** as set forth above.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 18, 2013

                                                  *s/ Paul A. Magnuson*
                                                  Paul A. Magnuson
                                                  United States District Court Judge